cient evidence of the due care of decedent to warrant the submission of that issue to the jury. (*Gills v. New York, C. & St. L. R. Co.*, 342 Ill. 455; Applegate v. *Chicago & N. W. Ry. Co.*, 334 Ill. App. 141.)

The trial court did not err in denying the motion for a directed verdict, or in refusing to enter judgment notwithstanding the verdict.

*Judgment affirmed.*

Gozie Ledbetter, Beneficiary of George Washington, Deceased, Appellee, v. Mammoth Life and Accident Insurance Company, Appellant.

Gen. No. 46,199.    (Abstract of Decision.)

Nelson M. Willis, for appellant; Barry M. Synchef, and Sherman B. Lans, for appellee. Opinion by PRESIDING JUSTICE FEINBERG. **Not to be published in full.** Opinion filed February 24, 1954; rehearing denied March 12, 1954; released for publication March 12, 1954.